UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>   v.<br><br>ARNULFO REYES-GARZA,<br><br>                      Defendant. | CASE NO. CR15-126-JLR<br><br>DETENTION ORDER |

<u>Offense charged</u>:     Distribution of Heroin

<u>Date of Detention Hearing</u>:    April 29, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has no real ties to the Seattle area.  He has been homeless since 2007, has no work history to speak of and no source of income other than food stamp benefits.  He is an active heroin and cocaine user.  His criminal history includes a number of failures to appear,

DETENTION ORDER
PAGE - 1

new criminal law violations while on court supervision, revocation of supervision, and failures to report.  He has an active warrant issued by state DOC for failure to report upon release from custody.

2. Defendant poses a risk of nonappearance due to lack of ties to the state, no release address, and numerous failures to appear as well as an active warrant.  Defendant poses a risk of danger due to criminal history, unaddressed substance abuse and mental health issues, and a history of failing to comply with court orders.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

/ / /

DETENTION ORDER
PAGE - 2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 29th day of April, 2015.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE - 3