JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARNULFO REYES-GARZA,<br><br>Defendant. | No. CR15-126-JLR<br><br>~~(PROPOSED)~~ ORDER GRANTING MOTION TO SEAL EXHIBIT 2 |

THIS MATTER has come before the undersigned on the motion of Arnulfo Reyes-Garza to file Exhibit 2 to Defendant's Supplement to Disposition Memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit 2 to Defendant's Supplement to Disposition Memorandum be filed under seal.

DATED this 22nd day of January, 2018.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Arnulfo Reyes-Garza

ORDER TO SEAL DOCUMENT
(*Arnulfo Reyes-Garza*, CR15-126-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100