JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-126-JLR |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER GRANTING MOTION TO SEAL EXHIBIT 3 |
| ARNULFO REYES-GARZA, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of Arnulfo Reyes-Garza to file Exhibit 3 to Defendant's Second Supplement to Disposition Memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit 3 to Defendant's Second Supplement to Disposition Memorandum be filed under seal.

DATED this 22 day of January, 2018.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Arnulfo Reyes-Garza

ORDER TO SEAL DOCUMENT
(*Arnulfo Reyes-Garza*, CR15-126-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100